United States District Court

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KENDALL PAGE, et al.,

    Plaintiffs

  v.

BAYER CORPORATION, et al.,

    Defendants

_____/

No. C 06-7930 MMC

**ORDER DIRECTING DEFENDANT BAYER CORPORATION TO LODGE CHAMBERS COPIES IN COMPLIANCE WITH GENERAL ORDER 45 AND THE COURT'S STANDING ORDERS**

On January 23, 2007, defendant Bayer Corporation ("Bayer") electronically filed its "Unopposed Motion to Stay Pretrial Proceedings Pending Transfer to Multidistrict Proceeding and Unopposed Motion for Enlargement of Pretrial Deadlines and Incorporated Memorandum of Law."  Also, on January 23, 2007, Bayer electronically filed its "Certificate of Interested Entities or Parties."  Bayer has violated General Order 45 and the Court's Standing Orders, however, by failing to deliver to the Clerk's Office "no later than noon on the business day following the day that the papers are filed electronically, one paper copy of each document that is filed electronically . . . marked 'Chambers Copy' and . . . clearly marked with the judge's name, case number, and 'Chambers Copy-Do Not File.'"  See General Order 45 § VI.G; see also Standing Orders For Civil Cases Assigned to The Honorable Maxine M. Chesney ¶ 2.

    Bayer is hereby ORDERED to comply with General Order 45 and the Court's

1  Standing Orders by immediately submitting a chambers copy of the above-referenced

2  documents.  Bayer is hereby advised that if it fails in the future to comply with the Court's

3  Standing Order to provide chambers copies of electronically-filed documents, the Court

4  may impose sanctions, including, but not limited to, striking from the record any

5  electronically-filed document of which a chambers copy has not been timely provided to the

6  Court.

7       **IT IS SO ORDERED.**

8

9  Dated: January 31, 2007

10  MAXINE M. CHESNEY
    United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2