UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENDALL PAGE, a resident of Quartz Hill, California; and MICHAEL JOHNSON, a resident of Lexington, Kentucky,<br><br>Plaintiffs,<br>v.<br><br>BAYER CORPORATION, an Indiana corporation, successor to CUTTER BIOLOGICAL, a California Corporation; BAXTER HEALTHCARE CORPORATION, a Delaware corporation, and its HYLAND DIVISION; and ALPHA THERAPEUTIC CORPORATION, a California corporation,<br><br>Defendants | CASE NO.: C 06-7930 MMC<br><br>ORDER GRANTING DEFENDANT BAYER CORPORATION'S MOTION TO STAY PRETRIAL PROCEEDINGS |

Before the Court is defendant Bayer Corporation's unopposed motion for an order to stay pretrial proceedings in this Court pending decision by the Judicial Panel on Multidistrict Litigation on Bayer Corporation's request to transfer the instant action.

//

Good cause appearing, IT IS HEREBY ORDERED that the motion is granted and this matter is hereby STAYED pending decision by the Judicial Panel on Multidistrict Litigation on Bayer Corporation's request to transfer the instant action.

The hearing scheduled for February 23, 2007 is hereby VACATED.

DATED: February 9, 2007

_____
Honorable Maxine M. Chesney
Judge of the United States District Court