A CERTIFIED TRUE COPY

JAN 29 2007

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**FILED**
**FEBRUARY 7, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN 11 2007

FILED
CLERK'S OFFICE

**07 C 804**

*DOCKET NO. 986*

*BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

*IN RE "FACTOR VIII OR IX CONCENTRATE BLOOD PRODUCTS"
PRODUCTS LIABILITY LITIGATION*

**JUDGE GRADY**

JN
*Kendall Page, et al. v. Bayer Corp., et al.,* N.D. California, C.A. No. 3:06-7930
*Derek Thomas v. Bayer Corp., et al.,* N.D. California, C.A. No. 4:06-7533

*CONDITIONAL TRANSFER ORDER (CTO-94)*

On December 7, 1993, the Panel transferred 27 civil actions to the United States District Court for the Northern District of Illinois for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 853 F.Supp. 454 (J.P.M.L. 1993). Since that time, 250 additional actions have been transferred to the Northern District of Illinois. With the consent of that court, all such actions have been assigned to the Honorable John F. Grady.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Illinois and assigned to Judge Grady.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of Illinois for the reasons stated in the order of December 7, 1993, and, with the consent of that court, assigned to the Honorable John F. Grady.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Illinois. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

JAN 29 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

A TRUE COPY-ATTEST
MICHAEL W. DOBBINS, CLERK

By s/ DOROTHY KELLER-FLOWERS
DEPUTY CLERK
U.S. DISTRICT COURT NORTHERN
DISTRICT OF ILLINOIS
DATE: FEBRUARY 20, 2007

# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

**MEMBERS:**
Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

Judge Anthony J. Scirica
United States Court of Appeals
Third Circuit

**DIRECT REPLY TO:**
Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:       [202] 502-2888

http://www.jpml.uscourts.gov

January 29, 2007

Michael W. Dobbins, Clerk
Everett McKinley Dirksen U.S. Courthouse
219 South Dearborn Street
Chicago, IL 60604

Re: MDL-986 -- In re "Factor VIII or IX Concentrate Blood Products" Products Liability Litigation

(See Attached CTO-94)

Dear Mr. Dobbins:

I am enclosing a certified copy and one additional copy of a conditional transfer order filed by the Panel in the above-captioned matter on January 11, 2007. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

A list of involved counsel is attached.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By  Mecca S. Thompson
Deputy Clerk

Attachment

cc: Transferee Judge:    Judge John F. Grady
    Transferor Judges:   Judge Maxine M. Chesney; Judge Claudia Wilken
    Transferor Clerk:    Richard W. Wieking

JPML Form 36

## INVOLVED COUNSEL LIST (CTO-94)
## DOCKET NO. 986
## IN RE "FACTOR VIII OR IX CONCENTRATE BLOOD PRODUCTS" PRODUCTS LIABILITY LITIGATION

Richard L. Berkman
Dechert, LLP
2929 Arch Street
Philadelphia, PA 19104-2808

Elizabeth J. Cabraser
Lieff, Cabraser, Heimann & Bernstein, LLP
Embarcadero Center West, 30th Floor
275 Battery Street
San Francisco, CA 94111-3339

Kevin E. Davis
O'Connor, Cohn, Dillon & Barr
2405 16th Street
San Francisco, CA 94103-4210

Nicholas Diamand
Lieff, Cabraser, Heimann & Bernstein, LLP
780 Third Avenue
48th Floor
New York, NY 10017-2024

Heather A. Foster
Lieff, Cabraser, Heimann & Bernstein, LLP
Embarcadero Center West, 30th Floor
275 Battery Street
San Francisco, CA 94111-3339

Sara J. Gourley
Sidley Austin LLP
One South Dearborn Street
Bank One Plaza
Chicago, IL 60603

Geoffrey R.W. Smith
Geoffrey R.W. Smith Law Offices
1350 I Street, N.W.
Suite 900
Washington, DC 20005

Kevin Stack
Knapp, Peterson & Clarke
500 North Brand Boulevard
20th Floor
Glendale, CA 91203-1904

John J. Uustal
Sheldon J. Schlesinger, P.A.
1212 S.E. 3rd Avenue
Ft. Lauderdale, FL 33316